# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 17, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-20455   Frymier v. Curvey
                    USDC No. 4:24-CV-1085

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Kevin Frymier
Mr. Scot Macdonald Graydon