# United States Court of Appeals for the Fifth Circuit

No. 24-20455

United States Court of Appeals
Fifth Circuit

**FILED**

April 17, 2025

Lyle W. Cayce
Clerk

KEVIN FRYMIER,

*Plaintiff—Appellant,*

*versus*

DIANNE CURVEY, *in individual capacity, and official capacity as Judge*; THE STATE OF TEXAS,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-1085

UNPUBLISHED ORDER

Before SOUTHWICK, WILLETT, and OLDHAM, *Circuit Judges.*
PER CURIAM:

IT IS ORDERED that Appellant's unopposed motion to file an amended opposition to the motion to dismiss appeal as frivolous is GRANTED.