# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-20455

---

United States Court of Appeals
Fifth Circuit

**FILED**

April 17, 2025

Lyle W. Cayce
Clerk

KEVIN FRYMIER,

*Plaintiff—Appellant,*

*versus*

DIANNE CURVEY, *in individual capacity, and official capacity as Judge*;
THE STATE OF TEXAS,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-1085

---

UNPUBLISHED ORDER

Before SOUTHWICK, WILLETT, and OLDHAM, *Circuit Judges.*
PER CURIAM:

IT IS ORDERED that Appellees' opposed motion to dismiss the appeal as frivolous is GRANTED.

IT IS FURTHER ORDERED that Appellees' opposed motion to suspend briefing until ruling on the pending motion to dismiss the appeal as frivolous is DENIED AS MOOT.