# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-20455
_____

Kevin Frymier,

*Plaintiff—Appellant,*

versus

Dianne Curvey, *in individual capacity, and official capacity as Judge;* The State of Texas,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-1085

_____

### ON PETITION FOR REHEARING EN BANC

### UNPUBLISHED ORDER

Before Southwick, Willett, and Oldham, *Circuit Judges*.
Per Curiam:

    Treating the petition for rehearing en banc as a motion for reconsideration (5th Cir. R.40 I.O.P.), the motion for reconsideration is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R.

App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.